# EXHIBIT 2A

## CERTIFIED INFRINGEMENT REPORT

Log Date: Day of the Week:<u>Wednesday</u>      Month:<u>April</u>      Day:<u>01</u>      Year:<u>2015</u>
Name of Establishment <u>Da Stadium Sports Bar</u>
Address     <u>5231 Burke Rd Ste #100</u>
City        <u>Pasadena</u>                              State <u>TX</u>  Telephone Number  <u>(281)991-0506</u>

## ENTRY FEES

Admission/Cover - Amount  <u>$0.00</u>   Ticketed - Price  <u>$0.00</u>      ☐Minimum Amount   ☒None

☑ Dancing Permitted

## ESTABLISHMENT DETAIL

Posted Fire Occupancy      _____
Estimated Occupancy        <u>300</u>
Estimated Size of Crowd     <u>30</u>

Neighboring Business #1:  Valero Gas

Neighboring Business #2:  Burke Food Mart

Neighboring Business #3:  Activity Center

**Describe type of décor, distinctive decorations, fixtures, establishment themes, game machines, and unusual occurrences that evening (if any):**

Da Stadium Sports Bar is a one story open layout sports bar with live entertainment, DJ and Karaoke weekly. Video games, dart boards, pool tables, dancing,and food are all available at this establishment. College sports flags decorate the walls with Tv's broadcasting sports with volume off during my visit. My bartender Natalie informed me of an estimated occupancy of 300.

<u>**Recorded Music: Source and Type of Equipment Used**</u>
☐ CDs          ☐ Tapes       ☑ Computer Source      ☐ Music Service:
☐ DVD          ☐ Radio       ☐ Video Source         ☐ Satellite Radio      ☐ Records    ☐ Digital
                                                                                          Source
☐ Other: _____
☑ TV Monitors:          11@35"-50"        ☐ Large Screen TVs: _____
              (Estimated # & Size)                          (Estimated # & Size)
Source Verification Method:    I witnessed and photographed

<u>**Speakers:**</u>
☐ Ceiling - Estimated#:    0    ☑ Box - Estimated#:    4    ☐ Other

<u>**Description of Equipment and/or Speaker**</u>
Computer hard drive generated Karaoke with song titles for DJ play, per Laura (karaoke/DJ operations)

Name of Establishment: <u>Da Stadium Sports Bar</u>
Log Date: <u>04/01/2015</u>

| JukeBox | | |
|---|---|---|
| Name Vendor Co: _____ | ☐ Coin Operated | ☐ Free Play ☐ Both |
| Brand: _____ | JLO Cert No: | |
| Model: _____ Vendor Phone: ____ | Date Issued: | |
| Address: _____ | Expiration Date: | |

## TYPE OF PERFORMANCE

| # of Performers | Name of Performer | Source | Description of all members: |
|---|---|---|---|
| 1 | DJ Laura / GTO Karaoke | DJ | White female wearing a black t shirt with 'KISS' band print on front, jeans, long auburn colored hair. |
| 1 | GTO Karaoke with Laura | Karaoke | same as above |

Time Entered Premises: 09:50 PM          Time Left Premises: 02:08 AM

**SONG/SELECTIONS PERFORMED**      Reference Number: 2510691

| Time | Announced | Instrumental or Vocal | Title | Artist | Source | Performer |
|---|---|---|---|---|---|---|
| 09:52 PM | No | Vocal | Bang a Gong | T Rex | DJ | DJ Laura / GTO Karaoke |
| 09:57 PM | No | Vocal | Boom Boom | Pat Travers Band | DJ | DJ Laura / GTO Karaoke |
| 10:01 PM | No | Vocal | Lets Go All The Way | Sly Fox | DJ | DJ Laura / GTO Karaoke |
| 10:05 PM | No | Vocal | Immigrant Song | Led Zeppelin | DJ | DJ Laura / GTO Karaoke |
| 10:09 PM | No | Vocal | Rag Doll | Aerosmith | DJ | DJ Laura / GTO Karaoke |
| 10:13 PM | No | Vocal | House On Fire | Alice Cooper | DJ | DJ Laura / GTO Karaoke |
| 10:17 PM | No | Vocal | Fanatic | Heart | DJ | DJ Laura / GTO Karaoke |
| 10:21 PM | No | Vocal | Ballroom Blitz | Sweet | DJ | DJ Laura / GTO Karaoke |
| 10:25 PM | No | Vocal | Go To Hell | Megadeth | DJ | DJ Laura / GTO Karaoke |
| 10:30 PM | No | Vocal | Best Day Of My Life | American Authors | DJ | DJ Laura / GTO Karaoke |
| 10:36 PM | No | Vocal | Man Against The Machine | Garth Brooks | DJ | DJ Laura / GTO Karaoke |
| 10:38 PM | No | Vocal | American Kids | Kenny Chesney | DJ | DJ Laura / GTO Karaoke |
| 10:41 PM | No | Vocal | She Talks To Angels | Black Crows | DJ | DJ Laura / GTO Karaoke |
| 10:47 PM | No | Vocal | I Hate Myself For Loving You | Joan Jett | Karaoke | GTO Karaoke with Laura |
| 10:52 PM | No | Vocal | Tonight Tonight | Smashing Pumpkins | Karaoke | GTO Karaoke with Laura |
| 10:57 PM | No | Vocal | Swallowed | Bush | Karaoke | GTO Karaoke with Laura |

Name of Establishment: <u>Da Stadium Sports Bar</u>
Log Date: <u>04/01/2015</u>

| Time | Announced | Instrumental or Vocal | Title | Artist | Source | Performer |
|------|-----------|-----------------------|-------|--------|--------|-----------|
| 11:01 PM | No | Vocal | Tainted Love | Soft Cell | Karaoke | GTO Karaoke with Laura |
| 11:05 PM | No | Vocal | Summertime Sadness | Lana Del Rey | Karaoke | GTO Karaoke with Laura |
| 11:10 PM | No | Vocal | *Get* Rhythem | Johnny Cash | Karaoke | GTO Karaoke with Laura |
| 11:13 PM | No | Vocal | Fat Bottom Girls | Queen | Karaoke | GTO Karaoke with Laura |
| 11:17 PM | No | Vocal | Fuck Her Gently | Tenacious D | Karaoke | GTO Karaoke with Laura |
| 11:21 PM | No | Vocal | Cowboy | Kid Rock | Karaoke | GTO Karaoke with Laura |
| 11:30 PM | No | Vocal | unknown | unknown | Karaoke | GTO Karaoke with Laura |
| 11:36 PM | No | Vocal | Edge Of Seventeen | Fleetwood Mac | Karaoke | GTO Karaoke with Laura |
| 11:41 PM | No | Vocal | Me And Bobby McGee | Janis Joplin | Karaoke | GTO Karaoke with Laura |
| 11:46 PM | No | Vocal | Strawberry Wine | Deana Carter | Karaoke | GTO Karaoke with Laura |
| 11:50 PM | No | Vocal | I'm Movin On | Rascal Flatts | Karaoke | GTO Karaoke with Laura |
| 11:55 PM | No | Vocal | White Liar | Miranda Lambert | Karaoke | GTO Karaoke with Laura |
| 12:00 AM | No | Vocal | Take Me To Church | Hozier | Karaoke | GTO Karaoke with Laura |
| 12:03 AM | No | Vocal | Lonely Eyes | Chris Young | Karaoke | GTO Karaoke with Laura |
| 12:08 AM | No | Vocal | Sweet Annie | Zac Brown Band | Karaoke | GTO Karaoke with Laura |
| 12:13 AM | No | Vocal | Mother | Danzig | Karaoke | GTO Karaoke with Laura |
| 12:17 AM | No | Vocal | Sore Wet Hot Pussy | Connie Vannett | Karaoke | GTO Karaoke with Laura |
| 12:20 AM | No | Vocal | Crimson And Clover | Tommy James And The Shondells | Karaoke | GTO Karaoke with Laura |
| 12:25 AM | No | Vocal | You Know I'm No Good | Amy Winehouse | Karaoke | GTO Karaoke with Laura |
| 12:30 AM | No | Vocal | unknown | Selena Gomez | Karaoke | GTO Karaoke with Laura |
| 12:34 AM | No | Vocal | Precious | Depeche Mode | Karaoke | GTO Karaoke with Laura |
| 12:39 AM | No | Vocal | For Whom The Bell Tolls | Metallica | Karaoke | GTO Karaoke with Laura |
| 12:44 AM | No | Vocal | Rough Boy | ZZ Top | Karaoke | GTO Karaoke with Laura |

Name of Establishment: Da Stadium Sports Bar
Log Date: 04/01/2015

| Time | Announced | Instrumental or Vocal | Title | Artist | Source | Performer |
|------|-----------|----------------------|-------|--------|--------|-----------|
| 12:50 AM | No | Vocal | Rehab | Amy Winehouse | Karaoke | GTO Karaoke with Laura |
| 12:54 AM | No | Vocal | Jackson | Johnny Cash | Karaoke | GTO Karaoke with Laura |
| 12:58 AM | No | Vocal | Angel In The Morning | Merrilee Rush | Karaoke | GTO Karaoke with Laura |
| 01:02 AM | No | Vocal | Hate Me | Blue October | Karaoke | GTO Karaoke with Laura |
| 01:11 AM | No | Vocal | Does He Love You | Reba McEntire | Karaoke | GTO Karaoke with Laura |
| 01:16 AM | No | Vocal | Two Black Cadillacs | Carrie Underwood | Karaoke | GTO Karaoke with Laura |
| 01:21 AM | No | Vocal | unknown | unknown | Karaoke | GTO Karaoke with Laura |
| 01:26 AM | No | Vocal | One Headlight | The Wallflowers | Karaoke | GTO Karaoke with Laura |
| 01:33 AM | No | Vocal | Rebel Yell | Billy Idol | Karaoke | GTO Karaoke with Laura |
| 01:38 AM | No | Vocal | Dont Worry Be Happy | Bobby Mcferrin | Karaoke | GTO Karaoke with Laura |
| 01:44 AM | No | Vocal | unknown | unknown | Karaoke | GTO Karaoke with Laura |
| 01:49 AM | No | Vocal | Like A Cowboy | Randy Houser | Karaoke | GTO Karaoke with Laura |
| 01:54 AM | No | Vocal | Wobble | VIC | DJ | DJ Laura / GTO Karaoke |
| 02:00 AM | No | Vocal | Cupid Shuffle | Cupid | DJ | DJ Laura / GTO Karaoke |
| 02:05 AM | No | Vocal | Wish You Ware Here | Fleetwood Mac | DJ | DJ Laura / GTO Karaoke |



Angel In The Morning
is Angel by Shaggy

Reference Number:

Name of Establishment: Da Stadium Sports Bar
Log Date: 04/01/2015

## DIAGRAM OF THE ESTABLISHMENT (INSIDE) *

* indicate/include the location of the dance floor, stage, tables and chairs, bar, musical equipment, etc.



## Photos OF THE ESTABLISHMENT (OUTSIDE)





**Name of Establishment:** Da Stadium Sports Bar
**Log Date:** 04/01/2015

I/We, ___Robert Allman___, _____ hereby certify,
based on my personal knowledge and under the penalty of perjury pursuant to
28 U.S.C. 1746, that the foregoing information in this report is true and
correct.

_____          _____April 6, 2015_____
            Signature                             Date

_____          _____
            Signature                             Date

Da Stadium Sports Bar

Pasadena TX

4/01/15

GTO Karaoke onFacebook

Geno Luten

832-603-0495

Laura Beck Luten











# CERTIFICATION OF ROBERT ALLMAN

1. I, **Robert Allman**, was retained by Broadcast Music, Inc. (BMI) to visit an eating and drinking establishment known as **Da Stadium Sports Bar**, **5231 Burke Rd Ste #100** , **Pasadena**, **TX** and make a written record of and a digital recording of the music that was played at the establishment.

2. On **04/01/2015** I visited **Da Stadium Sports Bar** and using a battery-powered digital recorder, I made the digital recording onto a new and unused Secure Digital or "SD" Card (the Music File).

3. I subsequently sent the original SD Card containing the recording to BMI's General Licensing Department, 10 Music Square East, Nashville, Tennessee 37203 by overnight carrier on or about _April 7, 2015_.

I certify that, based on my personal knowledge, and under penalty of perjury pursuant to 28 U.S.C. 1746, that the foregoing is true and correct.

_Robert Allman_
Signature

_Apr. 16. 2015_
Date

BACL2086

## DECLARATION OF REBECCA DELIUS

STATE OF Tennessee )
                          ) s.s:
COUNTY OF Davidson )

I, REBECCA DELIUS , being duly sworn, declare as follows:

1. I am employed by Broadcast Music, Inc. ("BMI"). I am more than 18 years of age and am not a party to this action. I submit this declaration based upon my own personal knowledge.

2. I was authorized by BMI to review the Certified Infringement Report of 032615404987 , dated 04/01/2015 regarding the establishment known as Da Stadium Sports Bar (the "Report").

3. I was also asked to review a recording made by Robert Allman in connection with and attached to this individual's Report (the "Recording") in order to identify the specific musical compositions contained on the Recording. Based upon my knowledge of the genre of music contained on the Recording, I listened to the Recording and was able to identify and/or confirm the musical compositions performed. My identification of these compositions is set forth on the attached copy of the Report which shows my notations to it.

4. I declare under penalty of perjury pursuant to 28 U.S.C. 1746 that the foregoing statements and the information contained on the attached Abstract are true and correct.

_____
Signature

4/09/15
_____
Date

*CLBA3734*

## Identified Songs

| Title | Artist | ID Time |
|-------|--------|---------|
| Bang A Gong | T-Rex | 00:01:39 |
| Let's Go All The Way | Sly Fox | 00:12:47 |
| Immigrant Song | Led Zeppelin | 00:16:47 |
| Rag Doll | Aerosmith | 00:18:36 |
| House Of Fire | Alice Cooper | 00:23:44 |
| Fanatic | Heart | 00:27:35 |
| Ballroom Blitz | Sweet | 00:30:40 |
| Best Day Of My Life | American Authors | 00:39:09 |
| Man Against Machine | Garth Brooks | 00:43:07 |
| American Kids | Kenny Chesney | 00:47:49 |
| She Talks to Angels | The Black Crowes | 00:51:28 |
| I Hate Myself for Loving You | Joan Jett and The Blackhearts | 00:57:01 |
| Tonight, Tonight | Smashing Pumpkins | 01:01:59 |
| Swallowed | Bush | 01:06:30 |
| Tainted Love | Soft Cell | 01:11:25 |
| Summertime Sadness | Lana Del Rey | 01:15:10 |
| Get Rhythm | Johnny Cash | 01:20:04 |
| Fat Bottomed Girls | Queen | 01:22:31 |
| Fuck Her Gently | Tenacious D | 01:27:40 |
| Cowboy | Kid Rock | 01:30:51 |
| Long Day | Matchbox 20 | 01:39:10 |
| Round Here | Counting Crows | 01:40:31 |
| Edge of Seventeen | Stevie Nicks | 01:45:31 |
| Me and Bobby McGee | Janis Joplin | 01:51:23 |
| Strawberry Wine | Deana Carter | 01:56:21 |
| I'm Moving On | Rascal Flatts | 02:01:38 |
| White Liar | Miranda Lambert | 02:05:51 |

## Identified Songs

| Title | Artist | ID Time |
|---|---|---|
| Take Me To Church | Hozier | 02:09:55 |
| Lonely Eyes | Chris Young | 02:16:09 |
| Sweet Annie | Zac Brown Band | 02:18:54 |
| Mother | Danzig | 02:23:20 |
| The Pussy Cat Song | Connie Vannett | 02:28:08 |
| Crimson And Clover | Tommy James and The Shondells | 02:30:37 |
| You Know I'm No Good | Amy Winehouse | 02:35:25 |
| Precious | Depeche Mode | 02:44:42 |
| For Whom The Bell Tolls | Metallica | 02:51:39 |
| Rough Boy | ZZ Top | 02:55:18 |
| Rehab | Amy Winehouse | 03:00:14 |
| Jackson | Johnny Cash/June Carter Cash | 03:04:42 |
| Angel | Shaggy | 03:08:20 |
| Hate Me | Blue October | 03:15:42 |
| Does He Love You | Reba McEntire/Linda Davis | 03:21:51 |
| Two Black Cadillacs | Carrie Underwood | 03:26:48 |
| One Headlight | The Wallflowers | 03:37:02 |
| Rebel Yell | Billy Idol | 03:42:31 |
| Don't Worry, Be Happy | Bobby McFerrin | 03:48:27 |
| Clocks | Coldplay | 03:53:58 |
| Like a Cowboy | Randy Houser | 03:59:37 |
| Wobble | VIC | 04:03:57 |
| Cupid Shuffle | Cupid | 04:09:59 |
| Wish You Were Here | Fleetwood Mac | 04:14:19 |

**CERTIFICATION OF** _____Michelle Baker_____
## Broadcast Music, Inc.

1.  I _____Michelle Baker_____ am _____Business Operations Manager_____ for Broadcast Music, Inc. ("BMI"). BMI licenses patented digital audio recognition technology from Shazam Entertainment Limited ("Shazam") to identify recorded music (the "Technology").

2.  The Technology uses an established database of "fingerprints" of millions of sound recordings. This is accomplished by capturing a digital sample from an audio source and, using the patented algorithm, reducing the sound recording to a unique "fingerprint." The fingerprint, while not audible, is a unique numerical representation of a particular sound recording. BMI maintains a reference database of millions of individual fingerprints, and each such fingerprint has associated "metadata" denoting, among other things, the track title and recording artist for the fingerprinted recording.

3.  In order to identify a particular performance of a recording, the performance in question is recorded; in the case of bars, restaurants, and other eating and drinking establishments, this is most often accomplished via a portable digital audio recorder device. The Technology then reduces each recorded performance to a fingerprint. The system then searches BMI's existing reference database of recordings for an identical fingerprint. Each fingerprint match generates an identification of title, artist and identification time.

4.  BMI has set up a system for automated review and identification of music files uploaded by BMI to a Secure Web Service that permits only password-protected access to BMI authorized users.

5.  When a music file is uploaded to its site via a secure file transfer protocol, BMI receives an automatic notification from the site that a new file has arrived. The technology automatically sweeps the uploaded file and the recognition system identifies the track recorded in the files and associates the correct metadata (information about the tracks), creating an electronic listing of the identifications in a data file.

6.  On or about _04/07/2015_____, BMI's Business Affairs Department received via overnight carrier a Secure Digital Card ("SD Card") containing a digital recording made at _Dugout South_____, on _04/06/2015_____ ("Music File"). The Music File was downloaded onto a BMI computer and from there uploaded to a secure application for processing. BMI generated a report containing the track title and recording artist of the songs contained in the file.

7.  The records, including the original Music File, are maintained in the ordinary course of BMI's business in the Licensing Department located in BMI's Nashville office.

I certify that, based on my personal knowledge, and under penalty of perjury pursuant to 28 U.S.C. 1746, that the foregoing is true and correct.



Signature

_____Michelle Baker_____
Printed Name

_____Business Operations Manager_____
Title

_____April 13, 2015_____
Date

*CLBA3728*

# Identified Songs

| Title | Artist | ID Time |
|---|---|---|
| UNRECOGNIZED | UNRECOGNIZED | 01:00:00 |
| Rehab | Amy Winehouse | 01:49:00 |
| UNRECOGNIZED | UNRECOGNIZED | 01:51:30 |
| California Dreamin' | The Mamas & the Papas | 01:55:30 |
| UNRECOGNIZED | UNRECOGNIZED | 01:56:00 |
| UNRECOGNIZED | UNRECOGNIZED | 02:00:00 |
| Always | Bon Jovi | 02:00:20 |
| UNRECOGNIZED | UNRECOGNIZED | 02:00:29 |
| Hotel California | Eagles | 02:00:56 |
| UNRECOGNIZED | UNRECOGNIZED | 02:01:10 |
| Hotel California | Eagles | 02:04:06 |
| UNRECOGNIZED | UNRECOGNIZED | 02:04:10 |
| The Lady In Red | Chris de Burgh | 02:04:40 |
| UNRECOGNIZED | UNRECOGNIZED | 02:04:58 |
| Why Can't This Be Love | Van Halen | 02:08:51 |
| UNRECOGNIZED | UNRECOGNIZED | 02:09:10 |
| Nothing's Gonna Stop Us Now | Starship | 02:12:30 |
| UNRECOGNIZED | UNRECOGNIZED | 02:13:10 |
| Take My Breath Away | Berlin | 02:13:20 |
| UNRECOGNIZED | UNRECOGNIZED | 02:13:40 |
| Sledgehammer | Peter Gabriel | 02:18:30 |
| What's Love Got To Do With It | Tina Turner | 02:18:40 |
| Shout | Hurricane | 02:19:00 |
| UNRECOGNIZED | UNRECOGNIZED | 02:19:10 |
| Connected | Stereo MC's | 02:20:10 |
| UNRECOGNIZED | UNRECOGNIZED | 02:20:16 |
| Do You Really Want To Hurt Me? | Culture Club | 02:22:50 |

# Identified Songs

| Title | Artist | ID Time |
|---|---|---|
| The Safety Dance | Men Without Hats | 02:23:00 |
| UNRECOGNIZED | UNRECOGNIZED | 02:23:35 |
| I Want To Break Free | Queen | 02:29:20 |
| UNRECOGNIZED | UNRECOGNIZED | 02:29:26 |
| Kiss | Prince | 02:32:40 |
| UNRECOGNIZED | UNRECOGNIZED | 02:32:50 |
| You Got It (The Right Stuff) | New Kids On The Block | 02:32:51 |
| UNRECOGNIZED | UNRECOGNIZED | 02:33:09 |
| Da Ya Think I'm Sexy? | Rod Stewart | 02:36:41 |
| UNRECOGNIZED | UNRECOGNIZED | 02:36:57 |
| Beggin' | Frankie Valli & The Four Seasons | 02:39:32 |
| UNRECOGNIZED | UNRECOGNIZED | 02:42:07 |
| Let's Twist Again | Chubby Checker | 02:45:50 |
| UNRECOGNIZED | UNRECOGNIZED | 02:48:00 |
| Be My Lover | La Bouche | 02:51:50 |
| UNRECOGNIZED | UNRECOGNIZED | 02:52:50 |
| UNRECOGNIZED | UNRECOGNIZED | 03:00:00 |
| Whistle | Flo Rida | 03:00:40 |
| UNRECOGNIZED | UNRECOGNIZED | 03:01:00 |
| Bossa Nova Baby | Viva Elvis | 03:01:20 |
| UNRECOGNIZED | UNRECOGNIZED | 03:01:27 |
| Swing The Mood/In The Mood/Pennsylvania6-5000/Litt | Jive Bunny And The Mastermixers | 03:08:10 |
| UNRECOGNIZED | UNRECOGNIZED | 03:09:30 |
| Swing The Mood | Jive Bunny And The Mastermixers | 03:13:40 |
| UNRECOGNIZED | UNRECOGNIZED | 03:14:40 |
| Swing The Mood | Jive Bunny And The Mastermixers | 03:19:14 |
| UNRECOGNIZED | UNRECOGNIZED | 03:20:20 |

## Identified Songs

| Title | Artist | ID Time |
|---|---|---|
| Swing The Mood | Jive Bunny And The Mastermixers | 03:21:50 |
| UNRECOGNIZED | UNRECOGNIZED | 03:22:10 |
| What's Up? | 4 Non Blondes | 03:32:10 |
| UNRECOGNIZED | UNRECOGNIZED | 03:32:50 |
| The Great Pretender | Freddie Mercury | 03:36:02 |
| UNRECOGNIZED | UNRECOGNIZED | 03:37:30 |
| I'm A Believer | The Monkees | 03:42:00 |
| UNRECOGNIZED | UNRECOGNIZED | 03:42:40 |
| Hey Brother | Avicii | 03:51:40 |
| UNRECOGNIZED | UNRECOGNIZED | 03:53:15 |
| Blurred Lines | Robin Thicke | 03:56:20 |
| UNRECOGNIZED | UNRECOGNIZED | 03:59:25 |
| Fireball | Pitbull F | 04:00:30 |
| UNRECOGNIZED | UNRECOGNIZED | 04:02:50 |